In the Matter of FEDERATION BANK AND TRUST COMPANY. JOHN E. VARLEY, as Trustee for Certificate Holders, Appellant; CHARLES J. LYONS, et al., as Members of Committee of Certificate Holders, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ANGELO VALERIO et al., Doing Business as VALERIO & COMPANY, Appellants, for an order to Stay Arbitration Proceedings by HENRY VELARDI, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ERVIN PALMER, Respondent, against ALAN A. NICKELSBURG, as Vice-President of Morelite Co., Inc., et al., Appellants, and SABINE ZOLTAN, as Secretary of Morelite Co., Inc., Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARISA MOREL et al., Respondents, v. ELISHA HANSON et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SANTY MASSINI, Respondent-Appellant, v. ROBERT BOASBERG, Appellant, and NATIONAL SURETY CORPORATION, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EULA M. RICH, Appellant, v. FREDDIE RICH, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (1641–1649 Andrews Ave., Bronx, New York — Guarantee No. 212,270). THOMAS J. CULLEN, Acting Superintendent of Insurance of the State of New York, as Liquidator, Appellant; HENRY LICHTIG, as Trustee, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JAMES A. COOLAHAN, Respondent, v. HARRY J. STOKUM, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant the motion.

RACHELE W. BACHI, Respondent, v. GUIDO BACHI, Appellant.— No opinion.— Present, Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DAVID V. STROYMAN et al., Respondents, v. NATIONAL MAGNESIUM CORPORATION OF MARYLAND et al., Appellants, et al., Defendants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROSE M. BOURDILLON, Respondent, v. HELENA RUBINSTEIN, INC., Appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.